UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
08 JUL 28 AM 11:08
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. 08 MJ 2286 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Benjamin BARRIGA-Montiel** ) | Attempted Entry After Deportation |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about July 25, 2008, within the Southern District of California, defendant **Benjamin BARRIGA-Montiel**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this **28TH** day of **July, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Jacob James, declare under penalty of perjury the following to be true and correct:

On July 25, 2008 at approximately 3:15 P.M., a male identified as **Benjamin BARRIGA-Montiel (Defendant),** attempted to enter the United States from Mexico via the San Ysidro California Port of Entry. Defendant presented himself for inspection before a Customs and Border Protection (CBP) Officer. Defendant presented a California Identification card bearing his photo and biographical information. Defendant stated he was a United States citizen by virtue of birth in Chico California. Defendant stated he was returning home to Chico, California. CBP Officer received a computer generated referral and Defendant was escorted to secondary for further inspection.

During secondary inspection Defendants fingerprints were queried using Integrated Automated Fingerprint Identification System (IAFIS). IAFIS produced a positive response indicating the Defendant was previously deported from the United States. Defendant was referred to the San Ysidro Prosecutions Unit.

Further queries utilizing the Immigration Central Index System (CIS) and Deportable Alien Control System (DACS) confirming Defendant is a citizen of Mexico with no legal documents to enter the United States. DACS revealed Defendant was deported before an Immigration Judge on or about July 24, 1998 and was physically removed to Mexico on September 8, 1998. Defendant's most recent deportation before an Immigration Judge was on April 10, 2006. Defendant was physically removed to Mexico via the Nogales Port of Entry on the same date.

Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security to legally re enter the United States.

Executed on this 25th day of July, 2008 at 6:50 P.M.

_____
Jacob James / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** page, I find probable cause to believe that the defendant named therein committed the offense on **July 25, 2008** in violation of Title 8, United States Code, Section 1326.

_____                                              _____
MAGISTRATE JUDGE                                                              DATE / TIME

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Jacob James, declare under penalty of perjury the following to be true and correct:

On July 25, 2008 at approximately 3:15 P.M., a male identified as **Benjamin BARRIGA-Montiel (Defendant)**, attempted to enter the United States from Mexico via the San Ysidro California Port of Entry. Defendant presented himself for inspection before a Customs and Border Protection (CBP) Officer. Defendant presented a California Identification card bearing his photo and biographical information. Defendant stated he was a United States citizen by virtue of birth in Chico California. Defendant stated he was returning home to Chico, California. CBP Officer received a computer generated referral and Defendant was escorted to secondary for further inspection.

During secondary inspection Defendants fingerprints were queried using Integrated Automated Fingerprint Identification System (IAFIS). IAFIS produced a positive response indicating the Defendant was previously deported from the United States. Defendant was referred to the San Ysidro Prosecutions Unit.

Further queries utilizing the Immigration Central Index System (CIS) and Deportable Alien Control System (DACS) confirming Defendant is a citizen of Mexico with no legal documents to enter the United States. DACS revealed Defendant was deported before an Immigration Judge on or about July 24, 1998 and was physically removed to Mexico on September 8, 1998. Defendant's most recent deportation before an Immigration Judge was on April 10, 2006. Defendant was physically removed to Mexico via the Nogales Port of Entry on the same date.

Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security to legally re enter the United States.

Executed on this 25th day of July, 2008 at 6:50 P.M.

_For_ _____  CBP Enforcement Officer Eric Velazquez
Jacob James / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **July 25, 2008** in violation of Title 8, United States Code, Section 1326.

_____          7/26/08 -1:22 pm
MAGISTRATE JUDGE                                   DATE / TIME