

FILED

SEP - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08CR2811-H** |
| Plaintiff, | ) ) | **CONSENT TO RULE 11 PLEA TO A VIOLATION OF 8 U.S.C. SECTION** |
| v. | ) ) | **1326 (a) and (b) IN A FELONY CASE BEFORE UNITED STATES** |
| **BENJAMIN BARRIGA-MONTIEL,** | ) ) | **MAGISTRATE JUDGE, WAIVER OF PRESENTENCE REPORT AND WAIVER** |
| Defendant. | ) ) | **OF OBJECTIONS FOR IMMEDIATE SENTENCING** |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I further understand that due to my request for immediate

1  sentencing in this case, I am waiving the preparation of a

2  presentence report and I am also waiving any objections I may

3  have to the Magistrate Judge's findings and recommendation

4  concerning the entry of my guilty plea.

7  Dated: _9/4/08_

   BENJAMIN BARRIGA-MONTIEL
   Defendant

11  Dated: _9/4/08_

    JEREMY WARREN
    Attorney for Defendant

        The United States Attorney consents to have the plea in this

    case taken by a United States Magistrate Judge pursuant to

    Criminal Local Rule 11.2 and further waives a presentence report

    in this case as well as any objections to the Magistrate Judge's

    findings and recommendation concerning the entry of the guilty

    plea.

    Dated: _9/4/08_

        Assistant United States Attorney

2